

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2015

No. 04-15-00362-CV

Javan P. **SMITH**,
Appellant

v.

**DC CIVIL CONSTRUCTION, LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2015-CV-1978
Honorable Martha Tanner, Judge Presiding

# O R D E R

On June 15, 2015, appellant filed an affidavit of indigence in this court. On September 30, 2015, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record stating the reporter's record had not been filed because appellant had failed to pay the reporter's fee for preparing the record and appellant is not entitled to appeal without paying the reporter's fee. On October 22, 2015, we ordered any contest to the affidavit to be filed in this court no later than November 2, 2015. On November 2, 2015, the appellee and the court reporter filed a contest to the affidavit.

It is therefore ORDERED that this cause is ABATED to the trial court "with instructions to hear evidence and grant the appropriate relief." TEX. R. APP. P. 20.1(h)(4). **Within the time constraints set forth in TEX. R. APP. P. 20.1(j)**, the trial court must provide notice, conduct a hearing, and sign a written order regarding its indigence determination. It is further ORDERED that a supplemental clerk's record containing the trial court's written order must be filed in this court no later than five days after the date the order is signed. **All other appellate deadlines are SUSPENDED pending further orders from this court.**

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2015.

_____
Keith E. Hottle
Clerk of Court